UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

BAD BOY BEVERAGE CO., INC.,

        Plaintiff,        CIV S-05-0864 LKK PAN PS

    v.

MUEHLER INTERNATIONAL, INC., and        ORDER
STEVEN J. MUEHLER, individually,

        Defendants.

—oOo—

    The October 5, 2005, hearing on plaintiff's motion for default judgment is vacated and the matter submitted for decision on the papers. Should the court later determine oral argument would be helpful, the matter will be rescheduled for hearing at a time convenient to the parties and their counsel.

    So ordered.

    Dated: September 29, 2005.

                            /s/ Peter A. Nowinski
                            PETER A. NOWINSKI
                            Magistrate Judge