IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BAD BOY BEVERAGE CO., INC.,

    Plaintiff,   CIV. NO. S-05-0864 LKK PAN

    vs.

MUEHLER INTERNATIONAL, INC., and
STEVEN J. MUEHLER, individually,

    Defendants.   ORDER
_____/

    Plaintiff's motion for entry of default judgment was submitted on the record. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(b)(17) and 28 U.S.C. § 636(b)(1).

    On July 26, 2006, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within ten days. Neither party has filed objections to the Findings and Recommendations.

    The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1

1. The Findings and Recommendations filed July 26, 2006, are adopted in full;

2. Plaintiffs' August 29, 2005 application for entry of default judgment is GRANTED; and

3. Judgment is rendered in the amount of $1,220,583.60.

DATED: September 11, 2006.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT