UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" STREET
SACRAMENTO, CA  95814

BAD BOY BEVERAGE CO., INC.

    v.

MUEHLER INTERNTAIONAL, INC. ET AL

_____

DEFAULT JUDGMENT

Case No. CIV S-05-0864 LKK EFB

**IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED against defendant:

**MUEHLER INTERNATIONAL, INC. AND STEVEN J. MUEHLER**

September 12, 2006

VICTORIA C. MINOR, CLERK

By: _____
NDDuong, Deputy Clerk